UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL BRUCE ANTHONY
MCPHERSON,

Plaintiff,

v.

ROYAL FAMILY OF ENGLAND,

Defendant.

Case No.: 1:26-cv-03466-KES-EGC (PC)

ORDER ADOPTING FINDINGS, DISMISSING
ACTION AS FRIVOLOUS, AND DIRECTING
CLERK OF COURT TO CLOSE CASE

Doc. 8

Michael Bruce Anthony McPherson is appearing pro se in this civil rights action against the "Royal Family of England."  On May 7, 2026, the assigned magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915A, found "the facts alleged are irrational and wholly incredible," and recommended the Court dismiss the action as frivolous.  Doc. 8 at 4, 5. McPherson filed objections to the findings and recommendations.  Doc. 10.  However, he does not identify allegations in the complaint to support a conclusion that he states a viable claim or otherwise dispute the magistrate judge's finding that his claims are frivolous.  *See id.*

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review.  Having carefully reviewed the file, including the objections, the Court finds the findings and recommendations to be supported by the record and proper analysis. The Court ORDERS:

1.      The findings and recommendations issued on May 7, 2026 (Doc. 8) are
            ADOPTED in full.

2.      This action is DISMISSED with prejudice.

3.      The Clerk of Court is directed to terminate pending motions and to close this case.


IT IS SO ORDERED.

Dated:    June 18, 2026

_____
UNITED STATES DISTRICT JUDGE

2